## Edward Altman, Appellant, v. Metropolitan Life Insurance Company, Appellee.

### Gen. No. 42,947.

Heard in the second division, first district, this court at the December term, 1943; opinion filed June 15, 1945; released for publication June 27, 1945. David H. Caplow, Sol Andrews and Maurice L. Davis, for appellant; Wm. Marshall Bullitt, special counsel for appellee; Hoyne, O'Connor & Rubinkam, Scott, Mac-Leish & Falk and Winston, Strawn & Shaw, of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.

## Clarence D. Shockley, Appellant, v. Mutual Benefit Life Insurance Company, Appellee.

### Gen. No. 42,948.

Heard in the second division, first district, this court at the December term, 1943; opinion filed June 15, 1945; released for publication June 27, 1945. David H. Caplow, Sol Andrews and Maurice L. Davis, for appellant; Poppenhusen, Johnston, Thompson & Raymond, for appellee; Edward R. Johnston and Albert E. Jenner, Jr., of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.